IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAKOTA HOLT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE No. 1:20-cv-03221-TCB |
| WOODSTOCK VILLAGE II, LP, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Plaintiff having announced that this case has settled, the Court hereby **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** the case. The parties shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**SO ORDERED,** this  9th  day of  October , 2020.

_____
Hon. Timothy C. Batten, Sr.
United States District Judge

---

[1] Administratively closing a case is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. In addition, this Order will not prejudice the rights of the parties to this litigation in any manner.